# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>THE FOLLOWING DOMAIN NAMES:<br><br>ROJADIRECTA.ORG, and<br>ROJADIRECTA.COM,<br><br>                  Defendants *in rem*. | Civil Action No. 1:11-cv-04139-PAC<br><br>**[CORRECTED] CLAIM AND STATEMENT OF INTEREST IN DEFENDANT DOMAIN NAMES** |

Please take notice that Puerto 80 Projects, S.L.U. ("Puerto 80"), a corporation organized under the laws of Spain, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, by and through its undersigned attorneys, hereby asserts an ownership interest in, and makes a claim upon, the following domain names identified as defendants *in rem* in the above-captioned case:

ROJADIRECTA.COM, and
ROJADIRECTA.ORG

The basis of Puerto 80's interest in in the property is that Puerto 80 is the registrant and owner of the defendant domain names.

DURIE TANGRI LLP

Dated:  July 19, 2011                     By:  */s/ Johanna Calabria*
                                               Johanna Calabria

|  |  |
|---|---|
|  | Mark A. Lemley (*Pro Hac Application to be filed*) |
|  | Ragesh K. Tangri (*Pro Hac Application to be filed*) |
| David Spears | Johanna Calabria (SBN JC3915) |
| Charlita Mays | Genevieve P. Rosloff (*Pro Hac Application to be filed*) |
| SPEARS & IMES LLP | 217 Leidesdorff Street |
| 51 Madison Avenue, 25th Floor | San Francisco, CA  94111 |
| New York, NY 10010 | Tel. (415) 362-6666 |
| Tel. (212) 213-6996 |  |
|  | *Attorneys for Claimant* |
| *Attorneys for Claimant* | PUERTO 80 PROJECTS, S.L.U. |
| PUERTO 80 PROJECTS, S.L.U. |  |

## VERIFICATION

I, Igor Seoane Miñán personally and on behalf of Puerto 80 Projects, S.L.U., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing claims and assertions are true and correct to the best of my knowledge.

Dated this 15 day of July, 2011

PUERTO 80 PROJECTS, S.L.U.

By: _____
Igor Seoane Miñán, C.E.O.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2011, I caused the **[CORRECTED] CLAIM AND STATEMENT OF INTEREST IN DEFENDANT DOMAIN NAMES** to be served via electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices.  I also certify that I have caused copies of the **[CORRECTED] CLAIM AND STATEMENT OF INTEREST IN DEFENDANT DOMAIN NAMES** to be served by first-class United States mail on the following:

> Christopher D. Frey
> U.S. Attorney's Office, SDNY (St. Andw's)
> One St. Andrew's Plaza
> New York, NY 10007
>
> David I. Miller
> U.S. Attorney's Office, SDNY (St. Andw's)
> One St. Andrew's Plaza
> New York, NY 10007

Copies of the **[CORRECTED] CLAIM AND STATEMENT OF INTEREST IN DEFENDANT DOMAIN NAMES** will be served by first-class United States mail on any party identified in the Notice of Electronic Filing as receiving notice by other means.

> */s/ Johanna Calabria*
> JOHANNA CALABRIA
>
> DURIE TANGRI LLP
> 217 Leidesdorff Street
> San Francisco, CA  94111
> Tel. (415) 362-6666