IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
              Plaintiff,             :
                                     :
         v.                          :
                                     :   11 Civ. 4139 (PAC)
THE FOLLOWING DOMAIN NAMES:          :
                                     :
ROJADIRECTA.ORG and                  :
ROJADIRECTA.COM                      :
                                     :
              Defendants in rem.     :
                                     :
-----------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 Jul 2011

# [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Charlita Mays, attorney for Puerto 80 Projects S.L.U. and her declaration in support thereof;

**IT IS HEREBY ORDERED** that

Ragesh K. Tangri (rtangri@durietangri.com)
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 632-6666
Fax: (415) 236-6300

is admitted to practice *pro hac vice* as counsel for Puerto 80 Projects, S.L.U. in the above captioned-case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward *pro hac vice* fee to the Clerk of the Court.

SO ORDERED: 2 7 JUL 2011

_____
United States District Judge