# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>THE FOLLOWING DOMAIN NAMES:<br><br>ROJADIRECTA.ORG, and<br>ROJADIRECTA.COM,<br><br>            Defendants *in rem*. | Civil Action No. 1:11-cv-04139-PAC<br><br>**CLAIMANT'S NOTICE OF<br>MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying (a) Request for Judicial Notice dated August 5, 2011 and the exhibits thereto and (b) memorandum of law, Defendant Puerto 80 Projects, S.L.U. ("Puerto 80") by its attorneys Spears & Imes LLP and Durie Tangri LLP, will move this Court at such time as the Court may direct at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 20C, New York, New York, for an order granting Puerto 80's motion to dismiss.

Dated:  August 5, 2011                                    Respectfully submitted,

                                                          DURIE TANGRI LLP

                                                              */s/ Johanna Calabria*

                                                    By:   Mark A. Lemley (*Pro Hac Vice*)
David Spears                                              Ragesh K. Tangri (*Pro Hac Vice*)
Charlita Mays                                             Johanna Calabria (SBN JC3915)
SPEARS & IMES LLP                                         Genevieve P. Rosloff (*Pro Hac Vice*)
51 Madison Avenue, 25th Floor                             217 Leidesdorff Street
New York, NY 10010                                        San Francisco, CA  94111
Tel. (212) 213-6996                                       Tel. (415) 362-6666

*Attorneys for Claimant*                                  *Attorneys for Claimant*
PUERTO 80 PROJECTS, S.L.U.                                PUERTO 80 PROJECTS, S.L.U.