Costy, 5

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 16 SEP 2011
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PUERTO 80 PROJECTS, S.L.U., <br><br> Plaintiff, <br><br> v. <br><br> United States of America and Department of Homeland Security, Immigration and Customs Enforcement, <br><br> Defendants. | Civil Action No. 1:11-cv-03983 (PAC) <br><br> **STIPULATION TO CONSOLIDATE DOCKET ENTRIES** |

It is hereby stipulated AGREED by and between the parties that:

WHEREAS, *United States v. Rojadirecta.com, et al.*, C.A. No. 11-cv-4139-PAC (S.D.N.Y.) is related to the above-captioned action;

WHEREAS, Petitioner Puerto 80 Projects, S.L.U. ("Puerto 80") has filed an appeal of the Court's denial of its Petition for Release of Seized Property in the above-captioned action;

WHEREAS, Puerto 80 has requested, and Defendant has agreed, to include the Complaint filed in C.A. No. 11-cv-4139 in their Joint Appendix filed with the Second Circuit Court of Appeals;

THEREFORE, the Complaint (Docket No. 1) from *United States v. Rojadirecta.com, et al.*, C.A. No. 11-cv-4139-PAC (S.D.N.Y.) shall hereby be deemed consolidated and part of the record in the above-captioned case, and the clerk is directed to docket it in the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DURIE TANGRI LLP |
| Dated: September 13, 2011 | By: _/s/ Genevieve P. Rosloff_ |
|  | GENEVIEVE P. ROSLOFF |

| | |
|---|---|
| David Spears<br>Charlita Mays<br>SPEARS & IMES LLP<br>51 Madison Avenue, 25th Floor<br>New York, NY 10010<br>Tel. (212) 213-6996<br><br>*Attorneys for Petitioner*<br>PUERTO 80 PROJECTS, S.L.U. | Mark A. Lemley (*Pro Hac Vice*)<br>Ragesh K. Tangri (*Pro Hac Vice*)<br>Johanna Calabria (SBN JC3915)<br>Genevieve P. Rosloff (*Pro Hac Vice*)<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Tel. (415) 362-6666<br><br>*Attorneys for Petitioner*<br>PUERTO 80 PROJECTS, S.L.U. |

September 13, 2011

By:

PREET BHARARA
United States Attorney for
the Southern District of New York

_____
CHRISTOPHER D. FREY

Christopher D. Frey
David I. Miller
Assistant United States Attorneys
Tel. (212) 637-2270/2484

*Attorneys for Defendant*
UNITED STATES OF AMERICA

SO ORDERED

16 SEP 2011

_____

2