UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

- against -

THE FOLLOWING DOMAIN NAMES:

ROJADIRECTA.ORG, AND
ROJADIRECTA.COM

                Defendants *in rem*
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 7, 2011
```

11 Civ. 4139 (PAC)

SUMMARY ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

    On August 5, 2011, Puerto 80 Projects, S.L.U. ("Puerto 80"), the owner of the Rojadirecta Domain Names, moved to dismiss the complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. On December 6, 2011, the Court heard oral argument on Puerto 80's motion.

    For the reasons stated on the record at oral argument, Puerto 80's motion to dismiss is GRANTED. The Government is directed to replead the complaint within 30 days, by January 6, 2012.

    The Clerk is directed to close the motion at Docket Number 17.

    The parties are directed to meet and confer and to prepare and submit a Civil Case Management Plan.

Dated: New York, New York
       December 7, 2011

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1