## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>  v.<br><br>THE FOLLOWING DOMAIN NAMES:<br><br>ROJADIRECTA.ORG, and<br>ROJADIRECTA.COM,<br><br>                         Defendants *in rem*. | Civil Action No. 1:11-cv-04139-PAC<br><br>**CLAIMANT'S NOTICE OF MOTION TO AMEND AND CERTIFY ORDER ON MOTION TO DISMISS FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §1292(B)** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Defendant Puerto 80 Projects, S.L.U ("Puerto 80") by its attorneys Spears & Imes LLP and Durie Tangri LLP, will move this Court at such time as the Court my direct at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 20C, New York, New York, for an order granting Puerto 80's Motion to Amend and Certify Order on Motion to Dismiss for Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b).

Respectfully submitted,

DURIE TANGRI LLP

Dated: December 27, 2011

By: _/s/ Johanna Calabria_
Johanna Calabria

Mark A. Lemley (*Pro Hac Vice*)
Ragesh K. Tangri (*Pro Hac Vice*)
Johanna Calabria (SBN JC3915)
Genevieve P. Rosloff (*Pro Hac Vice*)
217 Leidesdorff Street
San Francisco, CA  94111
Tel. (415) 362-6666

David Spears
Charlita Mays
SPEARS & IMES LLP
51 Madison Avenue, 25th Floor
New York, NY 10010
Tel. (212) 213-6996

*Attorneys for Claimant*
PUERTO 80 PROJECTS, S.L.U.

*Attorneys for Claimant*
PUERTO 80 PROJECTS, S.L.U.