AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

United States of America
v.
THE FOLLOWING DOMAIN NAMES:...

Case Number: 11 Civ. 4139 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 13, 2012 | /S/ |
| Date | Signature |
| | Andrew Goldstein — AG-1525 |
| | Print Name / Bar Number |
| | U.S. Attorney's Office - 1 St. Andrew's Plaza |
| | Address |
| | New York, New York 10007 |
| | City / State / Zip Code |
| | (212) 637-1559 / (212) 637-0421 |
| | Phone Number / Fax Number |