

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2012

**BY E-MAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 735
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-12

Re:   **United States of America v. Rojadirecta.org, et al.,**
      11 Civ. 4139 (PAC)

Dear Judge Crotty:

As the Court is aware, the Government's opposition to the defendants' motion to dismiss the amended forfeiture complaint in the above-captioned action is presently due tomorrow, March 30, 2012. The Government respectfully requests that it be granted an extension of time to file its opposition until Monday, April 16, 2012. Counsel for the defendants consent to this request. Should the Court grant this request, the parties agree that the defendants' reply brief could be filed by May 2, 2012.

Thank you for your attention to this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

SO ORDERED:
/s/ Paul A. Crotty   4-2-12

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

By:   /s/ Christopher D. Frey
      Christopher D. Frey
      Assistant U.S. Attorney
      (212) 637-2270

MEMO ENDORSED

cc:   David Spears, Esq. (By facsimile)
      Ragesh Tangri, Esq. (By facsimile)