

# Durie Tangri

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-12

Ragesh K. Tangri
415-362-6666 (main)
rtangri@durietangri.com

April 27, 2012

**VIA FACSIMILE TO 212-805-6304**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20C
New York, NY  10007

✓

**SO ORDERED:** 4-30-12

*/s/ Paul A. Crotty*

**HON. PAUL A. CROTTY**
**UNITED STATES DISTRICT JUDGE**

Re:   *UNITED STATES OF AMERICA v. ROJADIRECTA.ORG. and ROJADIRECTA.COM*
      Case No. 1:11-cv-04139-PAC

Dear Judge Crotty:

We represent Claimant Puerto 80 Projects, S.L.U. ("Puerto 80") in the above-captioned action. We
write to request leave of the Court to exceed by five (5) pages the ten (10) page limit on reply briefs set
forth in the Court's Individual Rules of Practice.  The government raises a number of distinct arguments
in response to Puerto 80's Motion to Dismiss the Amended Complaint; some of these arguments
concern complex and novel areas of law. In order to adequately respond to these arguments, Puerto 80
respectfully requests an additional five pages for its reply. The government does not oppose Puerto 80's
request.

Very truly yours,

Ragesh K. Tangri

RKT:jp

cc via email:   Christopher D. Frey, christopher.frey@usdoj.gov

MEMO ENDORSED

... San Francisco ...
... ... ...
www.durietangri.com