```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    ECF CASE

        - v. -                      :    11 Civ. 4139 (PAC)

ROJADIRECTA.ORG, and                :    NOTICE OF VOLUNTARY
ROJADIRECTA.COM,                         DISMISSAL
                                    :
        Defendants in rem.
                                    :
- - - - - - - - - - - - - - - - - x
```

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no answer or motion for summary judgment having been filed by the claimant to the Defendants in rem, Plaintiff United States of America hereby gives notice of voluntary dismissal of the above-captioned action.

Dated:  New York, New York
        August 29, 2012

                                   Respectfully submitted,

                                   PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York

By:  _____
     Christopher D. Frey
     Assistant United States Attorney
     One Saint Andrew's Plaza
     New York, New York 10007
     Tel.: (212) 637-2270
     Fax:  (212) 637-2620