

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 29, 2012

**BY HAND**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-12
```

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 735
New York, New York 10007

    Re:    <u>United States of America v. Rojadirecta.org, et al.</u>,
             11 Civ. 4139 (PAC)

Dear Judge Crotty:

    The Government respectfully submits this letter to advise the Court that as a result of certain recent judicial authority involving issues germane to the above-captioned action, and in light of the particular circumstances of this litigation, the Government now seeks to dismiss its amended forfeiture complaint. The decision to seek dismissal of this case will best promote judicial economy and serve the interests of justice. The Government thus respectfully encloses a courtesy copy of its Notice of Voluntary Dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which it has filed electronically today. In addition, the Government respectfully encloses a proposed order for the Court's consideration that vacates the warrants pursuant to which the defendant domain names were seized. Thank you for your attention to this matter.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                By:   */s/ Christopher D. Frey*
                       Christopher D. Frey
                       Assistant U.S. Attorney
                       (212) 637-2270

Enclosures

cc:    Counsel of record (by e-mail)