```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v. -                  :        ORDER
                                           11 M̶a̶g̶. MC 262 (Sealed)
ROJADIRECTA.ORG, and              :
ROJADIRECTA.COM,                           11 Civ. 4139 (PAC)
                                  :
          Defendants in rem.
                                  :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-12

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Christopher D. Frey, of counsel, it is hereby ORDERED that the warrants of seizure in rem for the Internet domain names ROJADIRECTA.ORG and ROJADIRECTA.COM issued in the United States District Court for the Southern District of New York by the Honorable Frank Maas, United States Magistrate Judge, on January 31, 2011 in United States of America v. Hq-Streams.com, et al., 11 M̶a̶g̶. MC 262, shall be and hereby are VACATED; and

IT IS FURTHER ORDERED that the U.S. Department of Homeland Security, Homeland Security Investigations, shall return custody of the ROJADIRECTA.ORG and ROJADIRECTA.COM domain names to the claimant, Puerto 80 Projects, S.L.U. ("Puerto 80"), forthwith; and

IT IS FURTHER ORDERED that The Public Interest Registry, 1775 Wiehle Avenue, Suite 200, Reston, Virginia 20190, and its administrator, Afillas USA, Inc., Building 3, Suite 105, 300 Welsh Road, Horsham, Pennsylvania 19044, the registries for

the ROJADIRECTA.ORG domain name, shall comply with the terms of this order by taking all steps necessary to facilitate the return of the ROJADIRECTA.ORG domain name to Puerto 80 forthwith; and

IT IS FURTHER ORDERED that VeriSign, Inc., 487 East Middlefield Road, Mountain View, California 94043, the registry for the ROJADIRECTA.COM domain name, shall comply with the terms of this order by taking all steps necessary to facilitate the return of the ROJADIRECTA.COM domain name to Puerto 80 forthwith. SO ORDERED.

Dated: New York, New York
August 29, 2012

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE